# IN THE SUPREME COURT OF THE STATE OF NEVADA

AUGUSTA INVESTMENT
MANAGEMENT LLC,

         Appellant,

vs.

CARRINGTON MORTGAGE
SERVICES, LLC; AND TAPESTRY AT
TOWN CENTER HOMEOWNERS
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION,

         Respondents.

No. 71934

**FILED**

SEP 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the amended stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nancy L. Allf, District Judge
       John Walter Boyer, Settlement Judge
       Aldrich Law Firm, Ltd.
       Akerman LLP/Las Vegas
       Leach Johnson Song & Gruchow
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(0)-1947

17-30417